STATE OF LOUISIANA

VERSUS

CHRIS LEPINE

NO. 25-KH-339

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

August 11, 2025

Linda Tran
First Deputy Clerk

**IN RE** CHRIS LEPINE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 21-4253

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

In this *pro se* writ application, relator, Chris Lepine, seeks this Court's supervisory review of the trial court's alleged illegal action resulting in "unlawfully jailing an indigent base[d] upon an illegal order of restitution." Relator argues specifically that he was ordered to pay the full amount of restitution when there were two other defendants who also caused the victim's loss. Relator filed this writ application prior to the trial court's ruling on his restitution hearing on August 7, 2025. The minute entry from the restitution hearing is attached to this disposition. Therefore, there are no issues presented in this writ application for this Court to review. Relator may seek supervisory review of the trial court's August 7, 2025 ruling within the time delays allowed by law.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 11th day of August, 2025.

**JGG**
**MEJ**
**SUS**

# 24th Judicial District Court
## Parish of Jefferson - State of Louisiana

**State of Louisiana**
**Versus**
**CHRIS LEPINE**
**DOB:** 09/06/1966
**Judge:** Donald A. Rowan, Jr.
**ADA:** Taylor Somerville

**Case Number:** 21-4253
**Division:** L
**Complaint:** D1656421
**Date:** 08/07/2025
**Court Reporter:** Barbara McGee

The Defendant, CHRIS A. LEPINE, appeared before the bar of the Court this day for a restitution hearing.

The Defendant was represented by MICHAEL F. SOMOZA (PDO).

The Defendant is currently incarcerated in Jefferson Parish Prison.

On 11/07/2022, the State amended the Felony charge to a Misdemeanor charge with an agreed upon restitution payment.

On 11/07/2022, the Defendant agreed to the plea deal with the restitution amount and signed the waiver of constitutional rights form.

The Restitution hearing is satisfied.

/s/Rebecca Goodwin

---

**Rebecca Goodwin, Deputy Clerk**



**General Hearing**

JON A GREENHEIMER    08/07/2025 10:51:31 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25210264

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/11/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-339**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Chris Lepine #9835600 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054